# Court of Appeals
# of the State of Georgia

ATLANTA, February 20, 2018

*The Court of Appeals hereby passes the following order:*

## A17A1823. TERAMORE DEVELOPMENT LLC v. GLYNN COUNTY, GEORGIA.

This Court granted Teramore Development LLC's application for discretionary appeal from the superior court's order denying its petition for writ of mandamus. Following plenary consideration of the case, including a thorough review of the complete record on appeal, the Court has determined that the application for discretionary appeal was improvidently granted.[1] Accordingly, the order granting the application is vacated, and this appeal is dismissed.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/20/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] See *City of Cumming v. Flowers*, 300 Ga. 820, 825 (4) (797 SE2d 846) (2017).